O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSVALDO ROSA, | ) | Case No. CV 15-01740 DDP (FFMx) |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE RE: STATUS UPDATE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | [Dkt. No. 10] |
| Defendant. | ) ) | |

Pursuant to Plaintiff's most recent filing, "Notice of Compliance with Court's Notice to Parties of Court Directed ADR Program, Notice of Request to Settle, and Offer of Settlement" (Dkt. No. 10), the Court hereby orders the Government to provide the Court with an update on the status of this case. The Government is required to file a written status report within fourteen days from the date of this Order.

IT IS SO ORDERED.

Dated: April 14, 2016

DEAN D. PREGERSON
United States District Judge