O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSVALDO ROSA, | ) | Case No. CV 15-01740 DDP (FFMx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On June 23, 2016, Defendants submitted a status report informing the court that the United States is not a proper party to a FOIA action. Accordingly, the court hereby orders the parties to file cross-briefs, not to exceed ten pages, whether this case should not be dismissed. Such briefs shall be filed within forty-five days from the date of this Order. Plaintiff's failure to file a brief will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: August 8, 2016

DEAN D. PREGERSON
United States District Judge